# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-10080
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
February 11, 2020

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

RUFUS KIMANGI KARIUKI, also known as Robert P. Johnson, also known
as Mark Edward,

Defendant-Appellant.

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:17-CR-110-1

Before CLEMENT, GRAVES, and OLDHAM, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Rufus Kimangi Kariuki has moved
for leave to withdraw and has filed briefs in accordance with *Anders v.
California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th
Cir. 2011). Kariuki has filed responses and a motion for leave to file an
addendum to his first response. We have reviewed counsel's briefs and the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

relevant portions of the record reflected therein, as well as Kariuki's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Kariuki's motion for leave to file an addendum is DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.